EDITH FERRY, ADMX. AD PROS., ETC., PLAINTIFF-RE-
SPONDENT, v. GEORGE SETTLE, ET AL., DEFENDANTS,
AND CENTRAL GREYHOUND LINES, INC., ET AL., DE-
FENDANTS-PETITIONERS.

See same case below: 7 *N. J. Super.* 253.

*Messrs. McCarter, English & Sluder, Mr. Augustus C. Stu-
der, Jr.,* and *Mr. Merritt Lane, Jr.,* for the petitioners.

*Messrs. Carpenter, Gilmour & Dwyer, Mr. Patrick A.
Dwyer, Mr. Thomas L. Morrissey* and *Mr. Milton A. Dauber*
for the respondent.

September 11, 1950.   Granted.

CARL   RADO,   PLAINTIFF-PETITIONER,   v.   HARRY
ZLOTNICK, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 7 *N. J. Super.* 197.

*Messrs. Marcus & Levy, Mr. Hyman W. Rosenthal* and *Mr.
Harry Chashin* for the petitioner.

*Messrs. Markley & Broadhurst, Mr. Edward A. Markley*
and *Mr. Arthur J. Blake* for the respondents.

September 11, 1950.   Denied.